FILED: May 15, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 16-2007 (L)
(1:15-cv-03463-JFM)

---

PABLO GONZALEZ-AVILES; HELEODORO PENA-GONZALEZ, on behalf of themselves and others similarly situated

Plaintiffs - Appellants

v.

EDWARD C. HUGLER, in his official capacity as United States Secretary of Labor; UNITED STATES DEPARTMENT OF LABOR; PORTIA WU, in her official capacity as Assistant Secretary, Employment and Training Administration, U.S. Department of Labor; OUTSIDE UNLIMITED, INC.; A.R. STAR SERVICES, INC.; AKEHURST LANDSCAPE SERVICES, INC.; BARTENFELDER LANDSCAPE SERVICE, INC.; BOB JACKSON LANDSCAPES, INC.; CEDAR RIDGE LANDSCAPE, INC.; COLUMBIA GROUNDS MANAGEMENT CORP.; CONTINENTAL LANDSCAPING, INC.; CREATIVE LANDSCAPES BY GREGORY, INC.; C.S. LAWN AND LANDSCAPE, INC.; CUSTOM GROUND MAINTENANCE, INC.; DENISON LANDSCAPING, INC.; EASTON ICE COMPANY, INC.; EDS PLANT WORLD, INC.; EXCELL LAWN CARE INC.; EXEC-U-LAWN LANDSCAPE MANAGEMENT, INC.; FACILITY SERVICES CO.; FRANK JOSEPH AND SONS, INC.; GOSHEN ENTERPRISES, INC.; GREEN ANGELS LANDSCAPING LLC; HARTSOE PROPERTY SERVICES, LLC; IVY HILL NURSERY CO., INC.; KINGSDENE NURSERIES, INC.; LARSONS TREE SERVICE AND LANDSCAPING, LTD.; LAYTONSVILLE TURF FARM, LLC; LEES LAWN SERVICE; MARYLAND NATIVES NURSERY, INC.; MEAD TREE AND TURF CARE, INC.; M.J.M. LAWN AND LANDSCAPING, INC.; NATURAL ART LANDSCAPING, INC.; OAK HILL LAWN CARE AND LANDSCAPING, INC.; P. STADLER AND SONS CO.; PAUL SCHWARTZ LANDSCAPING, LLC; PGC LANDSCAPE LLC; PINEHURST LANDSCAPE CO., INC.; POOLE LANDSCAPING, INC.; QUALITY ONE, INC.; SOUTH FORTY, INC.; STRATES FINE FOODS, INC.; TDH LANDSCAPING, LLC; TERRACE TURF LAWN SERVICES, INC.; THE MEMBERS CLUB AT FOUR STREAMS, INC.; W.H. BOYER, INC.; WOODFIELD LANDSCAPING INC.; ALPHA LANDSCAPE

CONTRACTORS, INC.; GROUNDS MANAGEMENT AND LANDSCAPING INC.; KCS LANDSCAPE MANAGEMENT, INC.; LAWNS UNLIMITED, LLC; MANOR VIEW FARMS, INC.; PORTER LANDSCAPING, INC.; LANDCARE USA LLC; WENTWORTH NURSERY, INC.; WILLIAM T. KING, INC.; A OF R SERVICES, INC.; CLIPPERS INC.; DEGGELLER ATTRACTIONS, INC.; FAIRPLAY GAMES, INC.; FLOYD AND BAXTER CO., INC.; GIBSON LANDSCAPES INC.; HV LLC; HYDRO-TECH IRRIGATION CO.; JKJ EQUIPMENT CO., INC.; KANE LANDSCAPES, INC.; LANDSCAPE DEVELOPMENT CO., INC.; SURROUNDS INC.; TOLL BROTHERS, LLC-VA; VALLEYCREST COMPANIES; WHATEVER ENTERPRISES, LLC; CHALLENGER SPORTS CORP.; CLIPPERS INC.- NOVA; INNERS AMUSEMENT CO.; KELLY-MILLER BROS. CIRCUS, LTD.; SPOSATO LANDSCAPE CO., INC.

Defendants - Appellees

and

BOTANICA ENTERPRISES, INC.; MOON NURSERIES, INC.; MOON SITE MANAGEMENT INC.; TURF CONNECTION, INC.; INTERSTATE AMUSEMENTS OF AMERICA, INC.; JAMIE NESS RACING

Defendants

---

O R D E R

---

Upon consideration of the employer-appellee's motion to file separate briefs, the court grants the motion, the length of which shall not exceed the length limitations established by Federal Rules of Appellate Procedure. See Fed. R. App. P. 32(a)(7) & 28.1(e).

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk