FILED: June 1, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 16-2007 (L)
(1:15-cv-03463-JFM)

---

PABLO GONZALEZ-AVILES; HELEODORO PENA-GONZALEZ, on behalf of themselves and others similarly situated

Plaintiffs - Appellants

v.

R. ALEXANDER ACOSTA, in his official capacity as United States Secretary of Labor; UNITED STATES DEPARTMENT OF LABOR; PORTIA WU, in her official capacity as Assistant Secretary, Employment and Training Administration, U.S. Department of Labor; OUTSIDE UNLIMITED, INC.; A.R. STAR SERVICES, INC.; AKEHURST LANDSCAPE SERVICES, INC.; BARTENFELDER LANDSCAPE SERVICE, INC.; BOB JACKSON LANDSCAPES, INC.; CEDAR RIDGE LANDSCAPE, INC.; COLUMBIA GROUNDS MANAGEMENT CORP.; CONTINENTAL LANDSCAPING, INC.; CREATIVE LANDSCAPES BY GREGORY, INC.; C.S. LAWN AND LANDSCAPE, INC.; CUSTOM GROUND MAINTENANCE, INC.; DENISON LANDSCAPING, INC.; EASTON ICE COMPANY, INC.; EDS PLANT WORLD, INC.; EXCELL LAWN CARE INC.; EXEC-U-LAWN LANDSCAPE MANAGEMENT, INC.; FACILITY SERVICES CO.; FRANK JOSEPH AND SONS, INC.; GOSHEN ENTERPRISES, INC.; GREEN ANGELS LANDSCAPING LLC; HARTSOE PROPERTY SERVICES, LLC; IVY HILL NURSERY CO., INC.; KINGSDENE NURSERIES, INC.; LARSONS TREE SERVICE AND LANDSCAPING, LTD.; LAYTONSVILLE TURF FARM, LLC; LEES LAWN SERVICE; MARYLAND NATIVES NURSERY, INC.; MEAD TREE AND TURF CARE, INC.; M.J.M. LAWN AND LANDSCAPING, INC.; NATURAL ART LANDSCAPING, INC.; OAK HILL LAWN CARE AND LANDSCAPING, INC.; P. STADLER AND SONS CO.; PAUL SCHWARTZ LANDSCAPING, LLC; PGC LANDSCAPE LLC; PINEHURST LANDSCAPE CO., INC.; POOLE LANDSCAPING, INC.; QUALITY ONE, INC.; SOUTH

FORTY, INC.; STRATES FINE FOODS, INC.; TDH LANDSCAPING, LLC; TERRACE TURF LAWN SERVICES, INC.; THE MEMBERS CLUB AT FOUR STREAMS, INC.; W.H. BOYER, INC.; WOODFIELD LANDSCAPING INC.; ALPHA LANDSCAPE CONTRACTORS, INC.; GROUNDS MANAGEMENT AND LANDSCAPING INC.; KCS LANDSCAPE MANAGEMENT, INC.; LAWNS UNLIMITED, LLC; MANOR VIEW FARMS, INC.; PORTER LANDSCAPING, INC.; LANDCARE USA LLC; WENTWORTH NURSERY, INC.; WILLIAM T. KING, INC.; A OF R SERVICES, INC.; CLIPPERS INC.; DEGGELLER ATTRACTIONS, INC.; FAIRPLAY GAMES, INC.; FLOYD AND BAXTER CO., INC.; GIBSON LANDSCAPES INC.; HV LLC; HYDRO-TECH IRRIGATION CO.; JKJ EQUIPMENT CO., INC.; KANE LANDSCAPES, INC.; LANDSCAPE DEVELOPMENT CO., INC.; SURROUNDS INC.; TOLL BROTHERS, LLC-VA; WHATEVER ENTERPRISES, LLC; CHALLENGER SPORTS CORP.; CLIPPERS INC.- NOVA; INNERS AMUSEMENT CO.; KELLY-MILLER BROS. CIRCUS, LTD.; SPOSATO LANDSCAPE CO., INC.

Defendants - Appellees

and

BOTANICA ENTERPRISES, INC.; MOON NURSERIES, INC.; MOON SITE MANAGEMENT INC.; TURF CONNECTION, INC.; INTERSTATE AMUSEMENTS OF AMERICA, INC.; JAMIE NESS RACING

Defendants

---

No. 16-2203
(1:15-cv-03463-JFM)

---

PABLO GONZALEZ-AVILES; HELEODORO PENA-GONZALEZ, on behalf of themselves and others similarly situated

Plaintiffs - Appellees

v.

OUTSIDE UNLIMITED, INC.; AKEHURST LANDSCAPE SERVICES, INC.

Defendants - Appellants

A.R. STAR SERVICES, INC.; CEDAR RIDGE LANDSCAPE, INC.; COLUMBIA GROUNDS MANAGEMENT CORP.; BOB JACKSON LANDSCAPES, INC.; CONTINENTAL LANDSCAPING, INC.; CREATIVE LANDSCAPES BY GREGORY, INC.; CUSTOM GROUND MAINTENANCE, INC.; DENISON LANDSCAPING, INC.; C.S. LAWN AND LANDSCAPE, INC.; EDS PLANT WORLD, INC.; EXCELL LAWN CARE INC.; EASTON ICE COMPANY, INC.; FACILITY SERVICES CO.; FRANK JOSEPH AND SONS, INC.; EXEC-U-LAWN LANDSCAPE MANAGEMENT, INC.; GREEN ANGELS LANDSCAPING LLC; HARTSOE PROPERTY SERVICES, LLC; GOSHEN ENTERPRISES, INC.; KINGSDENE NURSERIES, INC.; LARSONS TREE SERVICE AND LANDSCAPING, LTD.; IVY HILL NURSERY CO., INC.; LEES LAWN SERVICE; MARYLAND NATIVES NURSERY, INC.; LAYTONSVILLE TURF FARM, LLC; M.J.M. LAWN AND LANDSCAPING, INC.; NATURAL ART LANDSCAPING, INC.; MEAD TREE AND TURF CARE, INC.; OAK HILL LAWN CARE AND LANDSCAPING, INC.; P. STADLER AND SONS CO.; PGC LANDSCAPE LLC; PINEHURST LANDSCAPE CO., INC.; PAUL SCHWARTZ LANDSCAPING, LLC; QUALITY ONE, INC.; SOUTH FORTY, INC.; POOLE LANDSCAPING, INC.; TDH LANDSCAPING, LLC; TERRACE TURF LAWN SERVICES, INC.; STRATES FINE FOODS, INC.; W.H. BOYER, INC.; WOODFIELD LANDSCAPING INC.; GROUNDS MANAGEMENT AND LANDSCAPING INC.

Defendants - Appellants

KCS LANDSCAPE MANAGEMENT, INC.; ALPHA LANDSCAPE CONTRACTORS, INC.; MANOR VIEW FARMS, INC.; PORTER LANDSCAPING, INC.; LAWNS UNLIMITED, LLC; WENTWORTH NURSERY, INC.; WILLIAM T. KING, INC.; LANDCARE USA LLC; A OF R SERVICES, INC.; FAIRPLAY GAMES, INC.; GIBSON LANDSCAPES INC.; CLIPPERS INC.; HV LLC; HYDRO-TECH IRRIGATION CO.; KANE LANDSCAPES, INC.; LANDSCAPE DEVELOPMENT CO., INC.; SURROUNDS INC.

Defendants - Appellants

WHATEVER ENTERPRISES, LLC; CHALLENGER SPORTS CORP.; CLIPPERS INC.- NOVA; INNERS AMUSEMENT CO.; KELLY-MILLER BROS. CIRCUS, LTD.; SPOSATO LANDSCAPE CO., INC.

Defendants - Appellants

and

THOMAS E. PEREZ, in his official capacity as United States Secretary of Labor; UNITED STATES DEPARTMENT OF LABOR; PORTIA WU, in her official capacity as Assistant Secretary, Employment and Training Administration, U.S. Department of Labor

Defendants

BARTENFELDER LANDSCAPE SERVICE, INC.

Defendant

THE MEMBERS CLUB AT FOUR STREAMS, INC.

Defendant

TOLL BROTHERS, LLC-VA

Defendant

BOTANICA ENTERPRISES, INC.; MOON NURSERIES, INC.; MOON SITE MANAGEMENT INC.; TURF CONNECTION, INC.; DEGGELLER ATTRACTIONS, INC.; FLOYD AND BAXTER CO., INC.; INTERSTATE AMUSEMENTS OF AMERICA, INC.; JKJ EQUIPMENT CO., INC.; VALLEYCREST COMPANIES; JAMIE NESS RACING

Defendants

---

O R D E R

---

United States Secretary of Labor, R. Alexander Acosta is substituted for

former United States Secretary of Labor, Edward Hugler, as a party to this case pursuant to Fed. R. App. P. 43(c)(2).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk